FILED
 2011 Aug-11  AM 09:55
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **GREGORY DOUGLAS ROLLINS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ST. CLAIR COUNTY,** )<br>)<br>**Defendant.** ) | Case No. 4:11-cv-00226-RDP-JEO |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation (Doc. # 9) on July 5, 2011, recommending that this action be dismissed for failing to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).  The parties were was advised of their right to file specific written objections within eleven days.  (Doc. # 9 at p. 6).  No objections to the Report and Recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and the Recommendation is **ACCEPTED**.  Accordingly, this action is due to be dismissed for failing to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). A separate order in accordance with this Memorandum of Opinion will be entered.

**DONE** and **ORDERED** this    11th    day of August, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE